Arnett Deshaun Brown
20137-026
Federal Prison Camp
P.O. Box 1085
Oxford, WI 53952

March 19, 2020

Clerk of Courts
United States District Court
Central District of Illinois
United States Courthouse
201 South Vine Street, Room 218
Urbana, IL 61801

**FILED**

MAR 23 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: Motion to Vacate, Brief in Support, Supporting Documents.

Dear Clerk of Courts,

Please file the documents attached with this letter. My Motion to Vacate or Reduce Sentence pursuant to 28 U.S.C. §2255; my Brief in support of my §2255 Motion to Vacate; and supporting documents.

Respectfully submitted,

*Arnett Brown*
Arnett Deshaun Brown
20137-026

# Certificate of Service

I, Arnett Deshaun Brown swear under penalty of perjury that I served Petitioner's Motion to Vacate under 28 U.S.C. §2255, Petitioner's Brief in Support of his Motion to Vacate Under 28 U.S.C. §2255, and supporting documents by mailing a true and correct copy to:

> Clerk of Court
> Central District of Illinois
> United States Courthouse
> 201 South Vine Street, Room 218
> Urbana, IL 61801

and depositing same in United States mailbox at the Satellite Federal Prison Camp at FCI Oxford located in Oxford, WI on the __19__ day of March, 2020, with first class postage, prepaid.

Respectfully submitted,

_/s/ Arnett Brown_
Arnett Deshaun Brown
20137-026
Federal Prison Camp
P.O. Box 1085
Oxford, WI 53952